IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 5:21-cr-35(4)-TKW

JOHNNY WAYNE CARR

---

## **ORDER OF DETENTION - HEARING WAIVED**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the government moved for detention. Defendant, after consulting with counsel, waived a detention hearing at this time without prejudice to requesting a hearing at a later date.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated:   December 8, 2021

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**